Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>       Plaintiff,<br><br>   vs.<br><br>VITUMA PROPERTIES, LLC, et al.,<br><br>       Defendants. | No. 1:14-cv-01800-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Vituma Properties, LLC, and Joint Heirs Food Corporation dba KFC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: February 18, 2015        MOORE LAW FIRM, P.C.


                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorneys for Plaintiff
                               Ronald Moore

Date: February 18, 2015        KLEIN, DeNETALE, GOLDNER, COOPER,
                               ROSENLIEB & KIMBALL, LLP


                               */s/ Gary Logan*
                               Gary Logan
                               Attorneys for Defendants
                               Vituma Properties, LLC, and Joint Heirs Food
                               Corporation dba KFC

**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

   Dated:   February 18, 2015            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE